**ELECTRONIC RECORD**

COA # 07-13-00387-CR                    OFFENSE: 21.1

STYLE: Harold Rosales v. The State of Texas      COUNTY: Denton

COA DISPOSITION:      AFFIRMED           TRIAL COURT: 211th District Court

DATE: 07/28/2014          Publish: NO   TC CASE #: F-2011-2605-C

## IN THE COURT OF CRIMINAL APPEALS    1153-14
1154-14

STYLE:   Harold Rosales v. The State of Texas      CCA #: _____

_____ PRO SE _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____ REFUSED _____                  JUDGE: _____

DATE: _12/10/2014_                     SIGNED: _____        PC: _____

JUDGE: _Per Curiam_                    PUBLISH: _____       DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____